IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 cv 409

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>100 Sherwood Forest Drive, Nebo, McDowell )<br>County, North Carolina, as described in a )<br>Deed at Deed Book 258, Page 431, in the )<br>Public Registry of McDowell County, North )<br>Carolina, being real property, together with )<br>the residence, and all appurtenances, )<br>improvements, and attachments thereon, )<br>)<br>and )<br>)<br>$700.00 in Unites States Currency, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** coming on before the undersigned pursuant to a "Motion for Hearing" (#10) filed by plaintiff requesting that a hearing be set to establish a pretrial order and case management plan in the above entitled matter. It appearing that good cause has been shown for the granting of said motion and a hearing will be set.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that a hearing will be held on **Friday, February 18, 2011 at 10:00 o'clock a.m.** in courtroom #2 of the United States Courthouse in Asheville, NC for the purpose of establishing a pretrial order and case management plan in the above entitled matter. The claimant and her attorney will be required to be present for this hearing.

Signed: February 8, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge