# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv409

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| 100 SHERWOOD FOREST DRIVE, ) | |
| NEBO, NORTH CAROLINA, $700.00 in ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Government's Motion for Discovery Plan and Case Management Plan [# 21]. On May 23, 2011, the Court entered a Pretrial Order and Case Management Plan in this case [# 22]. Accordingly, the Court **DENIES as moot** the Government's motion [# 21].

Signed: July 20, 2011

Dennis L. Howell
United States Magistrate Judge