# United States District Court
# For The Western District of North Carolina
# Asheville Division

UNITED STATES OF AMERICA,,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                             1:09cv409

100 SHERWOOD FOREST DRIVE, NEBO, McDOWELL COUNTY, NORTH CAROLINA,

and

$700 in UNITED STATES CURRENCY,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 01/24/2012 Order.

                                               Signed: January 25, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court